

NUMBER 13-20-00161-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**THE STATE OF TEXAS**                                                    **Appellant,**

**v.**

**RENE CANTU,**                                                              **Appellee.**

---

### On appeal from the 92nd District Court
### of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes
Memorandum Opinion by Justice Longoria**

Appellant, the State of Texas, by and through the Honorable Glen Devino, has filed a motion for dismissal of its appeal. *See* TEX. R. APP. P. 42.2(a). The motion indicates the trial court set aside the order being appealed rendering the appeal moot. No decision of this Court having been delivered to date, we GRANT the motion and DISMISS the appeal.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NORA L. LONGORIA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
3rd day of December, 2020.